(69 South. 46)

No. 21360.

CITY OF NEW ORLEANS v. SANFORD et al.

(June 11, 1915.)

Appeal from First Recorder's Court of New Orleans; J. J. Fogarty, Recorder.

Miss M. Sanford and others were convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeal. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellants. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

=====

(69 South. 46)

No. 21270.

CITY OF NEW ORLEANS v. WALKER.

(June 11, 1915.)

Appeal from First Recorder's Court of New Orleans; John J. Fogarty, Recorder.

Mrs. Ella Walker was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

=====

(69 South. 46)

No. 21268.

CITY OF NEW ORLEANS v. THROUNK.

(June 11, 1915.)

Appeal from First Recorder's Court of New Orleans; John J. Fogarty, Recorder.

Philip Throunk was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

=====

(69 South. 47)

No. 21314.

CITY OF NEW ORLEANS v. STOCK.

(June 11, 1915.)

Appeal from First Recorder's Court of New Orleans; J. J. Fogarty, Recorder.

Jake Stock was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

=====

(69 South. 47)

No. 21358.

CITY OF NEW ORLEANS v. SCHOEFF-NER.

(June 11, 1915.)

Appeal from First Recorder's Court of New Orleans; John J. Fogarty, Recorder.

E. Schoeffner was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

---

[1]Ante, p. 628.